469 A.2d 290

Commonwealth v. Stone, Appellant.

Argued October 26, 1983.

James A. Stranahan, IV, for appellant; Charles S. Hersh, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence affirmed.